Form defdso13

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Ronald Wayne Wistehuff
29900 County Road 2100N
Forest City, IL 61532
SSN: xxx−xx−7254 EIN: N.A.
aka Ron Wistehuff

Pauline Ann Wistehuff
29900 County Road 2100N
Forest City, IL 61532
SSN: xxx−xx−1503 EIN: N.A.

Case No. : 14−44762
Chapter : 13
Judge : Donald R Cassling

## NOTICE TO INDIVIDUAL DEBTORS IN CHAPTER 13 CASES
## OF REQUIRED DOCUMENT FOR DISCHARGE

In order to receive a Discharge, you must file the following document.

☑ Debtor's Declaration Domestic Support Obligations.

Please complete the local form titled Debtor's Declaration Regarding Domestic Support Obligations. If a joint petition was filed, each spouse must complete and file a separate declaration.

The local form, Debtor's Declaration Regarding Domestic Support Obligations, is available on our website at www.ilnb.uscourts.gov/Forms/Form_Orders.cfm

If you do not file the required document, your case will be closed without a discharge. You will still be liable for the current balance of the debts you owed before filing. If you subsequently file a Motion to Reopen, you must pay the reopening fee.

If you are represented by an attorney, please contact your attorney for guidance.

If you have any questions about submitting the form, please call 312−408−5000.

FOR THE COURT

Dated: July 30, 2015

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:
Ronald Wayne Wistehuff
Pauline Ann Wistehuff
    Debtors

Case No. 14-44762-DRC
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0752-1   User: mgonzalez   Page 1 of 1   Date Rcvd: Jul 30, 2015
                         Form ID: defdso13   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2015.
db/jdb       +Ronald Wayne Wistehuff,   Pauline Ann Wistehuff,   29900 County Road 2100N,
           Forest City, IL 61532-9414

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2015                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2015 at the address(es) listed below:
          Andrew J Nelson    on behalf of Creditor    WELLS FARGO BANK, N.A. anelson@atty-pierce.com,
           northerndistrict@atty-pierce.com
          Glenn B Stearns    mcguckin_m@lisle13.com
          Nathan C Volheim    on behalf of Debtor Ronald Wayne Wistehuff courtinfo@sulaimanlaw.com,
           nvolheim@sulaimanlaw.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
          Nathan C Volheim    on behalf of Joint Debtor Pauline Ann Wistehuff courtinfo@sulaimanlaw.com,
           nvolheim@sulaimanlaw.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Toni   Townsend    on behalf of Creditor    Wells Fargo Bank, N.A. toni.townsend@pierceservices.com,
           northerndistrict@atty-pierce.com
                                                                                                                                                   TOTAL: 6